UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Mag. No. 12-0759 |
| JOSE GONZALEZ | : | <u>ORDER FOR 60 DAY CONTINUANCE</u> |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Elizabeth M. Harris, Assistant United States Attorney, appearing), and the Defendant Jose Gonzalez (Wanda Akin, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that he has the right to have the matter brought to trial within seventy (70) days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1); and the Defendant through his attorney having consented to the continuance; and one prior continuance having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution of these negotiations, which would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 22ND day of January, 2013,

ORDERED that the proceedings in the above-captioned matter are continued from January 7, 2013 to March 7, 2013; and it is further

ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that the following schedule shall apply as of the date of this order:

Pretrial motions filed by: _Feb. 11, 2013_

Opposition due: _Feb. 25, 2013_

Motions hearing date: _March 4, 2013_

Trial set for: _March 5, 2013_

HON. SUSAN D. WIGENTON
United States District Judge

Form and entry consented to:

Robert Frazer
Chief, General Crimes Unit

Elizabeth M. Harris
Assistant U.S. Attorney

Wanda Akin
Counsel for Jose Gonzalez