UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On Criminal No. 12-759(SDW)

UNITED STATES OF AMERICA v. JOSE GONZALEZ, Defendant (USMS No. 25260-050)

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. JOSE GONZALEZ (USMS No. 25260-050) is now confined at Metropolitan Correctional Center - New York, 150 Park Row, New York, NY 10007.

2. Said individual will be required at U.S. District Court, Newark, New Jersey before the Honorable Susan D. Wigenton, on Monday, April 28, 2014 at 11:30 a.m. for a Sentencing Hearing in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: April 21, 2014

JONATHAN W. ROMANKOW
Assistant United States Attorney
Petitioner--(973) 645-2884

ORDER FOR WRIT:  Let the Writ Issue.

DATED: April 21, 2014

HONORABLE SUSAN D. WIGENTON
United States District Judge

WRIT OF HABEAS CORPUS:  The United States of America to
DIRECTOR OF MCC New York

WE COMMAND YOU that you have the body of JOSE GONZALEZ (USMS No. 25260-050) (by whatever name called or charged) now confined in Metropolitan Correctional Center - New York, 150 Park Row, New York, NY 10007 before the United States District Court before the Honorable Susan D. Wigenton, at the U.S. District Court, Newark, New Jersey on Monday, April 28, 2014 at 11:30 a.m. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge at Newark, New Jersey

DATED: 4/21/14

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk