UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

NEWARK                                        DATE: August 6, 2020

JUDGE:  Susan D. Wigenton

COURT REPORTER:   Joanne Sekella

DEPUTY CLERK:  Carmen D. Soto

Title of Case:                               Docket #:  12-CR-759
                                                        20-CR-271

U.S.A. v. JOSE GONZALEZ

**Appearances:**
Emma Spiro, AUSA for the Govt
Candance Hom, Esq. for the Dft (AFPD)
Gisella Bassolino, Probation Officer

Nature of Proceeding:  **VIOLATION OF SUPERVISED RELEASE HEARING**

Financial affidavit completed.
Candance Hom, AFPD appointed.

**PLEA:**
Deft sworn.
Deft plead guilty to Violations #3 and #7.

**SENTENCE:**
Supervised release imposed on 7/2/2014 and April 22, 2015 is revoked.
Deft sentenced to 8 months imprisonment;
1 year supervised release;
Special Conditons:
1)        Alcohol/Drug Testing and Treatment

Govt moves to dismiss Violations #1, 2, 4, 5, 6, and 8;
Ordered Violations #1, 2, 4, 5, 6, and 8 dismissed;
Ordered deft to voluntary surrender.

Time Commenced:     12:30  p.m.
Time Concluded:      1:20  p.m.
Total Time:           50 mins.

Cc: Chambers

                                        Carmen D. Soto
                                        Deputy Clerk